No. 96–8979. SATTERWHITE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8995. MASTERS v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 96–9008. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9013. ONYEAGORO v. R. P. HOLMES, INC. C. A. 1st Cir. Certiorari denied.

No. 96–9014. SMITH v. BILLER ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–9038. ELDER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 96–9042. ROUTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9043. HARMON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9044. MITCHELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–9045. WARREN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9046. TONEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9048. THOMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9051. SPENCER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9055. MATLOCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9060. NG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.